IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MALCOLM J JACKSON, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> WARDEN GREGORY SAMPSON, : <br> : <br> Respondent. : <br> : | Case No. 4:24-cv-113-CDL-AGH |

**ORDER**

In accordance with the Court's previous orders and instructions, Petitioner Malcolm J. Jackson paid the required filing fee in full. The Court also consolidated another of Petitioner's pending cases into the above-captioned action and docketed the petition from that case as an amended petition in this case (ECF No. 7). The general rule is that an amended pleading supersedes the original pleading as a matter of law. *Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) (holding that "[a]n amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary") (alteration in original) (quoting *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006)). To ensure that each of Petitioner's claims is properly addressed, and to avoid any potential overlap in the two pending petitions, Petitioner is ordered to file a recast petition that encompasses all the claims Petitioner intends to raise in this action **WITHIN FOURTEEN (14) DAYS** of the date of this Order.

**The recast petition will supersede (take the place of) the initial petition (ECF No. 1) and the amended petition (ECF No. 7).** Petitioner should therefore include in his recast petition every possible constitutional error or deprivation entitling him to federal habeas corpus relief, even if he has also included those claims in any documents he has already filed with the Court. Once Petitioner files the recast petition, he will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his recast petition. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner is also directed to notify the Court immediately and in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.** There will be no service of process in this case until further order.

**SO ORDERED**, this 19th day of November, 2024.

                                           s/ *Amelia G. Helmick*
                                           UNITED STATES MAGISTRATE JUDGE