IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **MALCOLM J JACKSON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:24-cv-00113-CDL-AGH |
| | : | |
| **WARDEN GREGORY SAMPSON,** | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER

Pending before the Court is Petitioner's motion for a certificate of appealability ("COA") (ECF No. 34). On August 29, 2025, the Court adopted the Recommendation of the United States Magistrate Judge to grant Respondent's motion to dismiss as untimely and to deny a COA (ECF No. 29). Because the Court has already denied Petitioner's motion to file a COA, his pending motion seeking the same relief is **DENIED as moot.**

**SO ORDERED**, this 6th day of October, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA