# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **MALCOLM J JACKSON,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:24-cv-00113-CDL-AGH |
| : | |
| **WARDEN GREGORY SAMPSON,** : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER

Pending before the Court is a motion filed by *pro se* Petitioner Malcolm J. Jackson seeking leave to proceed *in forma pauperis* on appeal (ECF No. 39). On August 29, 2025, the Court adopted the recommendation of the United States Magistrate Judge and dismissed Petitioner's federal habeas corpus petition. ECF No. 29 at 1. In that same Order, the Court adopted the recommendation to deny a certificate of appealability ("COA"). *See id*. Because this Court has found that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal is **DENIED as moot.**

**SO ORDERED**, this 16th day of October, 2025.

 S/Clay D. Land
 CLAY D. LAND
 U.S. DISTRICT COURT JUDGE
 MIDDLE DISTRICT OF GEORGIA